COA # 11-14-00185-CR     OFFENSE: N/A

STYLE: WILLIAMS, BILLY WAYNE     COUNTY: Nolan

COA DISPOSITION: DISMISSED     TRIAL COURT: 32nd District Court

DATE: 08/07/2014     Publish: NO    TC CASE #: 4736-A

## IN THE COURT OF CRIMINAL APPEALS

*1199·14*

STYLE: WILLIAMS, BILLY WAYNE v.     CCA #:

_____PRO SE_____ Petition     CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:

DISMISSED AS UNTIMELY     JUDGE:

DATE: 11/19/2014     SIGNED: _____    PC: _____

JUDGE: Per Curiam     PUBLISH: _____    DNP: _____

-----------------------------

_PRO SE_ PETITION

FOR DISCRETIONARY REVIEW

IS REFUSED

DATE 02/04/2015

Per Curiam

JUDGE

_____PRO SE_____ MOTION FOR

REHEARING IN CCA IS: GRANTED

JUDGE: 12/17/2014

Per Curiam

**ELECTRONIC RECORD**

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 11-14-00185-CR
PD-1199-14

4/16/2015
WILLIAMS, BILLY WAYNE          Tr. Ct. No. 4736-A

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

11TH COURT OF APPEALS  CLERK
SHERRY WILLIAMSON
P. O.  BOX 271
EASTLAND, TX  76448
* DELIVERED VIA E-MAIL *